FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENGIE INSIGHT SERVICES, INC., d/b/a Engie Impact, formerly d/b/a Ecova, Inc.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CINDY MARIE STANNARD,<br><br>　　　　　　　　　Defendant. | NO: 2:20-CV-234-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 19. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 19**, is

    **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or

    costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** December 15, 2020.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2